```
X   FILED        ___ LODGED
___ RECEIVED    ___ COPY

     JAN 2 8 2014

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-14-119-PHX-DGC (SPL) |
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. § 1594, 1591(a) and (b)(1)<br>(Attempt to Engage in Sex Trafficking by Force, Fraud or Coercion)<br>Count 1 |
| Charles William Bunnell II, | |
| Defendant. | 18 U.S.C. §§ 1201(a)(1) and (d)<br>(Attempt to Engage in Interstate Kidnapping)<br>Count 2 |

THE GRAND JURY CHARGES:

## COUNT 1

Beginning on or about August 23, 2013, and continuing until on or about January 25, 2014, within the District of Arizona and elsewhere, the defendant, CHARLES WILLIAM BUNNELL II, did knowingly, in and affecting interstate commerce, attempt to recruit, entice, harbor, transport, provide, obtain and maintain by any means a person, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion would be used to cause the person to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1591(a), 1591(b)(1) and 1594(a).

## COUNT 2

On or about January 25, 2014, within the District of Arizona and elsewhere, the defendant, CHARLES WILLIAM BUNNELL II, did willfully and unlawfully attempt to

seize, confine, inveigle, decoy, kidnap, abduct and carry away, a person, and hold that person for ransom, reward, and other benefit, with the intent to transport that person in interstate commerce.

In violation of Title 18, United States Code, Section 1201(a)(1) and (d).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: January 28, 2014

JOHN S. LEONARDO
United States Attorney
District of Arizona

s/
KRISSA M. LANHAM
CHRISTINE D. KELLER
Assistant U.S. Attorneys

JOCELYN SAMUELS
Acting Assistant Attorney General
Civil Rights Division
Department of Justice

LAURENCE E. ROTHENBERG
Trial Attorney