THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE: CJVLR 5.4
(Rule Number/Section)

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 28 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

Charles W Bunnell
17145408
CCA
PO Box 6300
Florence, Az 85132

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

United States of America,
    Plaintiff,
vs
Charles William Bunnell
    Defendant

CR-14-119-PHX-DGC

Motion to Dismiss Indictment Due To Outrageous Government Conduct

    The Defense respectfully requests the Court to Dismiss the Indictment based on the Outrageous Government Conduct perpetrated by the Federal Bureau of Investigation (FBI).

    The Outrageous Government Conduct was in the form of entrapment, the operation itself was unconstitutional, and illegal as it was profiling. Each of those, I will go into more detail in the following;

## I ENTRAPMENT

    The entrapment is based on the 9th Circuit Courts 5 guidelines for entrapment.

    1. Character and reputation, including prior record - The FBI has a long history of actively working to curtail serious crimes by using undercover operations such as "TRADING BLOCK". The problem is that operations are flawed in execution. It opens the possibility for excessive use of inducements and unrealistic temptations to encourage the suspect' criminal conducts. As was quoted from Judge Richard Posner of the 7th Circuit Court of Appeals. The FBI also has a historical record of

-1-

violating civil rights and entrapment as they become over zealous in the execution of thier operations.

2. Whether the government made the suggestion of criminal activity - During the operation "TRADING BLOCK", the initial contact was made after an advertisement was posted on a website called Collarme.com. The ad stated that they were selling women from Asia, Middle East, and Central America. This is clearly advertising an illegal act. They also contacted me to go into business together as I had talents, information, and a facility they wanted to use. They also asked me to attend thier auction, and to do a direct sale. All of these actions were initiated by the FBI.

3. Whether they engaged in the criminal act for profit - If the operation "TRADING BLOCK" were successful, they can get more money allocated to run more operations, or expand thier operations

4. Whether they evidenced reluctance to commit the offense - The FBI has no reluctance to commit this action as they were being over zealous. They wanted "TRADING BLOCK" to be successful.

5. The nature of the inducement or persuassion - The FBI routinely use coersion to induce the illegal act. By cornering you in a room, with the only exit blocked by intimidating men, in body armor and weapons. Telling me they need money, even though it was made clear before I came, that I would not buy or take possession of anything during this trip. Prior to this trip to Phoenix, they offered me a partnership, where I would get a nice commission from each of the auctions.

This clearly identifies this operation as entrapment, and many

are challenging these operations. Several cases of this nature have been thrown out in California courts. Several lawyers in Illinois are challenging these operations there.

## II UNCONSTITUTIONAL

The nature of the operation is very questionable. As the operation is trying to target individuals who may commit a crime like this on thier own. Or may not. They offer this suspects inducements and unrealistic temptations to encourage the suspect' criminal activity. In this case, they are creating a fraudulent crime, and charging you with it, before you can commit the offense. They offer you these temptations. Without these temptations, the suspect would not commit this crime.

## III PROFILING

I understand that a certain level of profiling is necessary to find dangerous individuals and get them off of the streets. However, the profiling done on this case, involved the language used by the people of the fetish community. We were targeted because we use the terms Master and Slave. Not because of our prior arrest records. Some of the individuals arrested in this operation, did not have a record. They were targeted because of thier lifestyle. As is evident, because the advertisement was only placed on sites that cater to this lifestyle. Why not Match or True.com? Why not on Craigslist or Backpage? In fact, in the Bates #97 provided to me by the prosecution. At time mark 0:23:00. The UCE identified as Mike, made the suggestion that "They are our customers" indicating the people there to attend DomCon Atlanta. People in the lifestyle are thier targets. This is clearly profiling.

This operation sounds great in scope. However, due to

-3-

the over zealous nature of the agents involved, the operation goes too far and violates the constitution. Entraps suspects by offering them easy profits with little effort. They are trying to arrest suspect before they become a danger to society. Which without the inducements of the FBI, may never happen on thier own. Rather than basing it on thier criminal record, but by the language they choose and the lifestyle they enjoy.

    The Defense therefore requests the dismissal of the indictment.

8-26-14
Date

*Charles W Bunnell*