**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR14-00119-001-PHX-DGC |
| Plaintiff, | **ORDER** |
| v. | |
| Charles William Bunnell, | |
| Defendant. | |

Defendant requests a sentence reduction under the First Step Act, 18 U.S.C. § 3582(c)(1)(A), because he suffers from "an incurable, progressive illness." Doc. 191 at 4. Although it appears Defendant is struggling with serious medical issues, the Court will deny his motion without prejudice because he has not exhausted his administrative appeal rights as the First Step Act requires.

Defendant made his request for a sentence reduction to the warden before filing his motion. *Id.* at 40. The warden denied Defendant's request on June 12, 2019, and described his appeal rights. *Id.* ("If you are not satisfied with this decision, you may appeal through the Administrative Remedy Process.") The warden referenced BOP Program Statement 5050.49, which details inmates' appellate rights. *Id.*

Rather than appealing the warden's decision to the Regional Director, as provided in 28 C.F.R. § 542.15 and BOP Program Statement 5050.50, Defendant filed a motion in this Court. Doc. 191 at 14-15.[1] Defendant has provided no evidence that he appealed the

---

[1] The government obtained Bureau of Prisons administrative remedy records demonstrating that Defendant did not appeal the warden's denial. Doc. 193 at 4 n.2.

warden's decision. His motion is therefore premature. Defendant must exhaust his administrative remedies before filing a motion in this Court.

**IT IS ORDERED** that Defendant's motion (Doc. 191) is **denied**.

Dated this 1st day of October, 2019.

_____
David G. Campbell
United States District Judge